# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: HENDERSON, JOSEPH G.                 § Case No. 14-83345-TML
       HENDERSON, MARY M.                   §
                                            §
Debtor(s)                                   §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Bankruptcy Court
Stanley J. Roszkowski U.S. Courthouse
327 South Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 07/29/2015 in Courtroom 3100, United States Courthouse, 327 South Church Street
Rockford, IL 61101 .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  06/29/2015          By:  /s/JAMES E. STEVENS
                                                                                                                     Trustee

JAMES E. STEVENS  
6833 Stalter Drive  
Rockford, IL  61108  
(815) 962-6611  
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: HENDERSON, JOSEPH G. | § | Case No. 14-83345-TML |
| HENDERSON, MARY M. | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 7,000.00 |
| *and approved disbursements of* | $ 23.64 |
| *leaving a balance on hand of* [1] | $ 6,976.36 |
| **Balance on hand:** | $ 6,976.36 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 6,976.36 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,450.00 | 0.00 | 1,450.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 1,426.00 | 0.00 | 1,426.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,876.00 |
| Remaining balance: | $ 4,100.36 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 4,100.36 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 4,100.36 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 64,824.39 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 16,446.63 | 0.00 | 1,040.31 |
| 2 | Capital Recovery V, LLC | 3,808.01 | 0.00 | 240.87 |
| 3 | Citibank, N.A. | 1,243.40 | 0.00 | 78.65 |
| 4 | PYOD, LLC its successors and assigns as assignee | 1,361.06 | 0.00 | 86.09 |
| 5 | PYOD, LLC its successors and assigns as assignee | 1,149.34 | 0.00 | 72.70 |
| 6 | PYOD, LLC its successors and assigns as assignee | 19,181.45 | 0.00 | 1,213.29 |
| 7 | PYOD, LLC its successors and assigns as assignee | 21,634.50 | 0.00 | 1,368.45 |

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid for timely general unsecured claims: | $ | 4,100.36 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None ||||

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None ||||

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Prepared By: /s/JAMES E. STEVENS
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                            Case No. 14-83345-TML
Joseph G. Henderson                                               Chapter 7
Mary M. Henderson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: ldixon            Page 1 of 2           Date Rcvd: Jul 06, 2015
                              Form ID: pdf006         Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 08, 2015.
db/jdb         +Joseph G. Henderson,    Mary M. Henderson,    831 Crabtree,   Cary, IL 60013-2296
aty            +James E. Stevens,    Barrick, Switzer, et al.,    6833 Stalter Drive,   Rockford, IL 61108-2579
22588700       +Bby/cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
22588713      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:   Shell Oil / Citibank,    Attn: Centralized  Bankruptcy,
                 Po Box 20363,    Kansas City, MO 64195)
22588701       +Cap1/carsn,   Po Box 30253,    Salt Lake City, UT 84130-0253
22588702       +Cap1/mnrds,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
22588703       +Capital 1 Bank,    Attn: General Correspondence,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
22925064        Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
22588705       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
22588704       +Chase,    Po Box 24696,    Columbus, OH 43224-0696
22588706       +Chase Manhattan Mortgage,    Attn: Bankruptcy Dept,    3415 Vision Dr,   Columbus, OH 43219-6009
22588707       +Expo/cbsd,    Home Depot Credit Services,    POB 790328,   St. Louis MO 63179-0328
22913161       +JPMorgan Chase Bank,    3415 Vision Drive,    Columbus OH 43219-6009
22588710        NTB/CBSD,    NTB Credit Plan,    PO Box 6403,   Sioux Falls, SD 57117-6403
22588712       +Sears/cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
22588715      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                (address filed with court:   Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                 Frederick, MD 21701)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
23111237        E-mail/PDF: rmscedi@recoverycorp.com Jul 07 2015 01:21:29     Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,     25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
23133757        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 07 2015 01:27:29     Citibank, N.A.,
                 c/o American InfoSource LP,   PO Box 248840,    Oklahoma City, OK  73124-8840
22588708       +E-mail/PDF: gecsedi@recoverycorp.com Jul 07 2015 01:21:27     GECRB/JC Penny,
                 Attention:   Bankruptcy,   Po Box 103104,    Roswell, GA 30076-9104
22588709       +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 07 2015 01:24:18     Kohls/capone,
                 N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
23186696       +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 07 2015 01:21:12
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,   PO Box 19008,    Greenville, SC 29602-9008
22588711       +E-mail/PDF: gecsedi@recoverycorp.com Jul 07 2015 01:21:18     Sams Club / GEMB,
                 Attention:   Bankruptcy Department,   Po Box 103104,    Roswell, GA 30076-9104
                                                                                             TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22588714*     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:   Unvl/citi,    Attn.: Centralized  Bankruptcy,   Po Box 20507,
                 Kansas City, MO 64195)
                                                                                 TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2015                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-3          User: ldixon                Page 2 of 2           Date Rcvd: Jul 06, 2015
                              Form ID: pdf006             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 2, 2015 at the address(es) listed below:

```
          Andrew D Bratzel    on behalf of Joint Debtor Mary M. Henderson debtor@mckenna-law.com,
           abratzel@mckenna-law.com,  lpalma@mckenna-law.com,bankruptcy@mckenna-law.com
          Andrew D Bratzel    on behalf of Debtor Joseph G. Henderson debtor@mckenna-law.com,
           abratzel@mckenna-law.com,  lpalma@mckenna-law.com,bankruptcy@mckenna-law.com
          Gloria C  Tsotsos    on behalf of Creditor   JPMorgan Chase Bank, National Association
           nd-two@il.cslegal.com
          Heather M Giannino    on behalf of Creditor    JPMorgan Chase Bank, National Association, successor
           in interest by purchase from the Federal Deposit Insurance Corporation as Receiver of Washington
           Mutual Bank bankruptcy@hsbattys.com,   bankruptcy@hsbattys.com
          James E Stevens    on behalf of Trustee James E Stevens jimstevens@bslbv.com,   IL48@ecfcbis.com
          James E Stevens    jimstevens@bslbv.com,   IL48@ecfcbis.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                              TOTAL: 7
```