# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: HENDERSON, JOSEPH G. | § | Case No. 14-83345 |
| HENDERSON, MARY M. | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $231,800.00    Assets Exempt: $44,600.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $4,100.36    Claims Discharged Without Payment: $260,070.03

Total Expenses of Administration: $2,899.64

3) Total gross receipts of $ 7,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $237,596.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,899.64 | 2,899.64 | 2,899.64 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 257,720.00 | 64,824.39 | 64,824.39 | 4,100.36 |
| **TOTAL DISBURSEMENTS** | $495,316.00 | $67,724.03 | $67,724.03 | $7,000.00 |

4) This case was originally filed under Chapter 7 on October 31, 2014. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/03/2015           By: /s/JAMES E. STEVENS
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 ─ GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2007 GMC Envoy SLT, 46,600 miles | 1129-000 | 3,500.00 |
| 2009 Nissan Maxima SV, 46,400 miles, needs work. | 1129-000 | 3,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$7,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 ─ FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 ─ SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chase | 4110-000 | 59,524.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Manhattan Mortgage | 4110-000 | 178,072.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$237,596.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 ─ CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,450.00 | 1,450.00 | 1,450.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 1,426.00 | 1,426.00 | 1,426.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | | N/A | 10.00 | 10.00 | 10.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | | N/A | 3.64 | 3.64 | 3.64 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $2,899.64 | $2,899.64 | $2,899.64 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | 16,198.00 | 16,446.63 | 16,446.63 | 1,040.31 |
| 2 | Capital Recovery V, LLC | 7100-000 | N/A | 3,808.01 | 3,808.01 | 240.87 |
| 3 | Citibank, N.A. | 7100-000 | N/A | 1,243.40 | 1,243.40 | 78.65 |
| 4 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 1,361.00 | 1,361.06 | 1,361.06 | 86.09 |
| 5 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 1,149.34 | 1,149.34 | 72.70 |
| 6 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 19,181.00 | 19,181.45 | 19,181.45 | 1,213.29 |
| 7 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 21,634.00 | 21,634.50 | 21,634.50 | 1,368.45 |
| NOTFILED | GECRB/JC Penny | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 8,366.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohls/capone | 7100-000 | 130.00 | N/A | N/A | 0.00 |
| NOTFILED | Shell Oil / Citibank | 7100-000 | 1,099.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Hm Mortgag | 7100-000 | 163,576.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Sams Club / GEMB | 7100-000 | 3,847.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/cbna | 7100-000 | 9,365.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 11,720.00 | N/A | N/A | 0.00 |
| NOTFILED | NTB/CBSD CitiCards Private Label Centralized | 7100-000 | 1,194.00 | N/A | N/A | 0.00 |
| NOTFILED | Bby/cbna | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Cap1/carsn | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Cap1/mnrds | 7100-000 | 49.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $257,720.00 | $64,824.39 | $64,824.39 | $4,100.36 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-83345  
**Case Name:** HENDERSON, JOSEPH G.  
　　　　　　　HENDERSON, MARY M.  
**Period Ending:** 11/03/15

**Trustee:** (330420)  JAMES E. STEVENS  
**Filed (f) or Converted (c):** 10/31/14 (f)  
**§341(a) Meeting Date:** 12/11/14  
**Claims Bar Date:** 04/22/15

| 1 Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | One story single family residence, Crabtree Ln., | 227,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash | 50.00 | 0.00 | | 0.00 | FA |
| 3 | Checking at BMO Harris | 500.00 | 0.00 | | 0.00 | FA |
| 4 | Two bedrooms, office, living room, dining room, | 1,200.00 | 0.00 | | 0.00 | FA |
| 5 | CDs, records, cassettes, paper and hard back boo | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Mens and womens clothing including pants, shirts | 1,800.00 | 0.00 | | 0.00 | FA |
| 7 | Womens and mens wedding rings, watches, assorted | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | Assorted, including bowling balls, digital camer | 150.00 | 0.00 | | 0.00 | FA |
| 9 | Whole Life insurance | 0.00 | 0.00 | | 0.00 | FA |
| 10 | 2007 GMC Envoy SLT, 46,600 miles  See Order to Sell Assets entered 4/1/15. | 9,700.00 | 4,700.00 | | 3,500.00 | FA |
| 11 | 2009 Nissan Maxima SV, 46,400 miles, needs work.  See Order to Sell Assets entered 4/1/15. | 9,000.00 | 4,200.00 | | 3,500.00 | FA |
| 11 Assets | **Totals** (Excluding unknown values) | **$250,500.00** | **$8,900.00** | | **$7,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     June 19, 2015          **Current Projected Date Of Final Report (TFR):**     June 19, 2015  (Actual)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-83345
**Case Name:** HENDERSON, JOSEPH G.
HENDERSON, MARY M.
**Taxpayer ID #:** **-***5724
**Period Ending:** 11/03/15

**Trustee:** JAMES E. STEVENS (330420)
**Bank Name:** Rabobank, N.A.
**Account:** ******3366 - Checking Account
**Blanket Bond:** $780,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/30/15 | | Kevin and Olga Henderson | settlement non-exempt interst in Envoy and Maxima | | 7,000.00 | | 7,000.00 |
| | {10} | | 3,500.00 | 1129-000 | | | 7,000.00 |
| | {11} | | 3,500.00 | 1129-000 | | | 7,000.00 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,990.00 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,980.00 |
| 06/09/15 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/09/2015 FOR CASE #14-83345, Bond #016018067 | 2300-000 | | 3.64 | 6,976.36 |
| 07/30/15 | 102 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $1,426.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,426.00 | 5,550.36 |
| 07/30/15 | 103 | JAMES E. STEVENS | Dividend paid 100.00% on $1,450.00, Trustee Compensation; Reference: | 2100-000 | | 1,450.00 | 4,100.36 |
| 07/30/15 | 104 | Capital One Bank (USA), N.A. | Dividend paid 6.32% on $16,446.63; Claim# 1; Filed: $16,446.63; Reference: | 7100-000 | | 1,040.31 | 3,060.05 |
| 07/30/15 | 105 | Capital Recovery V, LLC | Dividend paid 6.32% on $3,808.01; Claim# 2; Filed: $3,808.01; Reference: | 7100-000 | | 240.87 | 2,819.18 |
| 07/30/15 | 106 | Citibank, N.A. | Dividend paid 6.32% on $1,243.40; Claim# 3; Filed: $1,243.40; Reference: | 7100-000 | | 78.65 | 2,740.53 |
| 07/30/15 | 107 | PYOD, LLC its successors and assigns as assignee | Combined Check for Claims#4,5,6,7 | | | 2,740.53 | 0.00 |
| | | | Dividend paid 6.32% on 86.09 $1,361.06; Claim# 4; Filed: $1,361.06 | 7100-000 | | | 0.00 |
| | | | Dividend paid 6.32% on 72.70 $1,149.34; Claim# 5; Filed: $1,149.34 | 7100-000 | | | 0.00 |
| | | | Dividend paid 6.32% on 1,213.29 $19,181.45; Claim# 6; Filed: $19,181.45 | 7100-000 | | | 0.00 |
| | | | Dividend paid 6.32% on 1,368.45 $21,634.50; Claim# 7; Filed: $21,634.50 | 7100-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 7,000.00 | 7,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 7,000.00 | 7,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,000.00** | **$7,000.00** | |

{} Asset reference(s)

Printed: 11/03/2015 02:09 PM    V.13.25

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 14-83345 | **Trustee:** JAMES E. STEVENS (330420) |
| **Case Name:** HENDERSON, JOSEPH G. | **Bank Name:** Rabobank, N.A. |
| HENDERSON, MARY M. | **Account:** ******3366 - Checking Account |
| **Taxpayer ID #:** **-***5724 | **Blanket Bond:** $780,000.00   (per case limit) |
| **Period Ending:** 11/03/15 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******3366** | 7,000.00 | 7,000.00 | 0.00 |
| | $7,000.00 | $7,000.00 | $0.00 |

{} Asset reference(s)                                                                                                                      Printed: 11/03/2015 02:09 PM    V.13.25